

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00670-CR

Joshua **SCHECHTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8150W
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 27, 2019.

_____
Beth Watkins, Justice